FRANCES B. SCOTT, Appellant, *v.* FRANCES CALLADINE,
Impleaded, etc., Respondent.*

(Argued March 12, 1895; decided April 9, 1895.)

APPEAL from judgment of the General Term of the
Supreme Court in the fifth judicial department, entered upon
an order made June 20, 1894, which affirmed a judgment in
favor of defendant entered upon the report of a referee.

*August Becker* for appellant.

*Patrick F. King* for respondent.

Agree to affirm on opinion below.
All concur, except HAIGHT, J., not sitting.
Judgment affirmed.

---

JANE E. WHEELER, as Administratrix, etc., Respondent, *v.*
THE WATERTOWN STREET RAILWAY COMPANY, Appellant.

(Argued March 12, 1895; decided April 9, 1895.)

APPEAL from judgment of the General Term of the
Supreme Court in the fourth judicial department, entered
upon an order made April 24, 1894, which affirmed a judg-
ment in favor of plaintiff entered upon a verdict.

*D. G. Griffin* for appellant.

*Charles W. Thompson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

* Reported below, 79 Hun, 79.